UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Anisley Gonzalez Gonzalez                    Case No.: 23-20390-LMI
                                                       Chapter 13
                        Debtor(s)                  /

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1.    On December 15, 2023 the instant case was filed.

2.    On April 25, 2024, Debtor's Fourth Amended Chapter 13 plan was confirmed.

3.    The Debtor is an under-median debtor and wishes to pay her plan in three (3) years.

4.    Thus, the Debtor desires to modify the plan in order to provide for the new payment over three (3) years paying her disposable income.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's SECOND Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on July 27, 2024:  to all parties on the service list.

Respectfully submitted:                    **Jose A. Blanco, P.A.**
July 27, 2024                              By: */s/ Jose A. Blanco* | FBN: 062449
                                           Attorney for Debtor(s)
                                           102 E 49th ST
                                           Hialeah, FL 33013,
                                           Tel. (305) 349-3463
                                           E-mail: jose@blancopa.com